**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6683**

———————

EDMUND B. GREGORIE,

Plaintiff - Appellant,

versus

EUGENE GOINS; STEVE LOFTIS, Sheriff of
Greenville County, South Carolina,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry F. Floyd, District Judge.
(6:05-cv-00822-HFF)

———————

Submitted: October 19, 2007      Decided: November 19, 2007

———————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Adam Fisher, Jr., THE FISHER LAW FIRM, Greenville, South Carolina,
for Appellant. Russell W. Harter, Jr., CHAPMAN, HARTER & GROVES,
P.A., Greenville, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund B. Gregorie appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Gregorie v. Goins, No. 6:05-cv-00822-HFF (D.S.C. Mar. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED